OCTOBER 22, 1951.

No. 78. VON MOLTKE v. GILLIES, SUPERINTENDENT. Certiorari, *ante,* p. 810, to the United States Court of Appeals for the Sixth Circuit. It is ordered that G. Les-

lie Field, Esquire, of Detroit, Michigan, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.